Thomas D. Walk (5555)
Justin W. Pendleton (14284)
Swen R. Swenson (12683)
**KIRTON McCONKIE**
36 South State Street, #1900
Salt Lake City, Utah 84111
Telephone: (801) 328-3600
Facsimile:  (801) 321-4893
twalk@kmclaw.com
jpendleton@kmclaw.com
sswenson@kmclaw.com

*Attorneys for Defendants Property Reserve, Inc. and City Creek Reserve, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHELE A. JOSEPH, individually,<br><br>     Plaintiff,<br><br>v.<br><br>PROPERTY RESERVE, INC., a Utah Corporation, and CITY CREEK RESERVE, INC., a Utah Corporation,<br><br>     Defendants. | **NOTICE OF SETTLEMENT**<br><br>Case No. 2:23-cv-262-RJS |

   Defendants Property Reserve, Inc. and City Creek Reserve, Inc. ("Defendants") and Plaintiff Michele A. Joseph ("Plaintiff"), hereby give notice that the above-referenced matter has been settled. Settlement documentation is being finalized.

/ / /

/ / /

DATED this 6th day of March, 2024.

**KIRTON McCONKIE**

*/s/ Justin W. Pendleton*
Thomas D. Walk
Justin W. Pendleton
Swen R. Swenson
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March 2024, I caused a true and correct copy of the foregoing, along with this certificate, to be served as follows:

| | |
|---|---|
| Brandon A Rotbart<br>LAW OFFICE OF BRANDON A ROTBART PA<br>11098 Biscayne Blvd Ste 401-18<br>Miami, FL 33161<br><br>Carolyn Perkins<br>LAW OFFICE OF CAROLYN PERKINS<br>PO Box 520704<br>Salt Lake City, UT 84106<br><br>*Attorneys for Plaintiff* | (  ) U.S. Mail, Postage Prepaid<br>(  ) Hand Delivered<br>(  ) Email<br>(  ) Facsimile<br>(X) ECF |

*/s/Jessica Parker*
Jessica Parker, Legal Assistant